**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ZURICH AMERICAN INSURANCE COMPANY**, and **AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY**<br><br>Plaintiffs,<br><br>v.<br><br>**THOMAS P. CARNEY, INC.**<br><br>Defendant. | CIVIL ACTION NO. 2:25-cv-06895 |

**JOINT STIPLUATION**

Plaintiffs, Zurich American Insurance Company and American Guarantee and Liability Insurance Company, and defendant and plaintiff on the Amended Counterclaim, Thomas P. Carney, Inc. by and through their undersigned counsel, hereby stipulate and agree to the Entry of Declaratory Judgment and Dismissal of All Other Claims in the form of a Final Judgment as appended hereto at Exhibit A.

By: s/ Louis A. Bové
LOUIS A. BOVÉ, ESQUIRE
**BODELL BOVE, LLC**
1845 Walnut Street, 11th Fl., Suite 1100
Philadelphia, PA 19103
Tel: (215) 864-6600
Facsimile: (215) 864-6610
Email: lbove@bodellbove.com
*Attorneys for Plaintiffs, Zurich American Insurance Company and American Guarantee and Liability Insurance Company*

By: s/ Jay M. Levin
JAY M. LEVIN
**FLASTER GREENBERG P.C.**
100 Front Street, Suite 100
Conshohocken, PA 19428
Tel: (215) 546-4842
Facsimile: (215) 576-8188
Email: jay.levin@flastergreenberg.com
*Attorney for Defendant and Counterclaimant Thomas P. Carney, Inc.*

Date: April 29, 2026

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ZURICH AMERICAN INSURANCE COMPANY**, and **AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY**<br><br>Plaintiffs,<br><br>v.<br><br>**THOMAS P. CARNEY, INC.**<br><br>Defendant. | CIVIL ACTION NO. 2:25-cv-06895 |

**FINAL JUDGMENT**

Upon consideration of the joint stipulation by the plaintiffs, Zurich American Insurance Company and American Guarantee and Liability Insurance Company, and defendant and plaintiff on the Amended Counterclaim, Thomas P. Carney, Inc. for the Entry of Declaratory Judgment and Dismissal of All Other Claims, it is on this Day of , 2026, ORDERED and DECREED as follows:

(1) As to Count I of the Complaint and the Amended Counterclaim, the Court hereby DECLARES that:

> There is no insuring obligation, inclusive of any defense, indemnity or supplemental payments coverage, for the claims advanced against Thomas P. Carney, Inc. by any party to the consolidated matters styled *Chestlen Development*, *LP v. Tutor Perini Building Corp*., Philadelphia Court of Common Pleas, January Term, 2021, No. 00645 and *Tutor Perini Building Corp. v. Chestlen Development, LP,* Philadelphia Court of Common Pleas, December Term, 2020, No. 00207 inclusive of any appeal therefrom (collectively, the "Lawsuit") under Zurich American Insurance Company Contractor Controlled Insurance Program Policy No. GLO 5819877-00 and American Guarantee and Liability Insurance Company Straight Excess Liability Policy No. SXS 5819649-00;

and otherwise DISMISSES Count I of the Complaint and the Amended Counterclaim in their entirety with prejudice, with each party to bear its own costs; AND

(2) As to Count II of the Complaint, Zurich American Insurance Company shall continue to indemnify Thomas P. Carney, Inc.'s reasonable and appropriate defense costs in the Lawsuit under Zurich American Insurance Company Contractor Controlled Insurance Program Policy No. GLO 5819877-00, at the prior agreed hourly rates, up and until:

(i) thirty (30) days following the docketing of any damage judgment against Thomas P. Carney, Inc.,

(ii) the filing of any appeal by any party respecting such a damage award against Thomas P. Carney, Inc., or

(iii) the docketing of a judgment in Thomas P. Carney, Inc.'s favor on all claims in the Lawsuit,

whichever occurs first;

and DISMISSES Count II of the Complaint with prejudice, with each party to bear its own costs

BY THE COURT:

__________________________

JOEL H. SLOMSKY, J.